

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Enrique Ramirez v. Ed Wells, Court Manger of the Office of
Court Management, Harris County Criminal Courts at Law, in
His Official Capacity, and Honorable Paula Goodhart, Presiding
Judge of the Harris County Criminal Courts at Law in Her
Official Capacity

Appellate case number:    01-17-00262-CV

Date Motion Filed:    April 9, 2018

Party Filing Motion:    Appellant, Enrique Ramirez


      It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Sherry Radack
                   Acting for the Court

Panel consists of Chief Justice Radack and Justices Massengale and Brown.

Date:  May 22, 2018